# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 22, 2008

Clifford W. Taylor,
Chief Justice

136723

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

KENNETH E. LEWIS,
      Plaintiff-Appellee,
and

WAYNE COUNTY FRIEND OF THE COURT,
     Intervening Plaintiff,

v

                     SC: 136723
                     COA: 281810
DAYTON FREIGHT LINES and        WCAC: 06-000194
PROTECTIVE INSURANCE COMPANY,
     Defendants-Appellants.

_____/

     On order of the Court, the application for leave to appeal the May 12, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 22, 2008

_____
Clerk

0915